966 F.2d 1441
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Robert CRISP, Plaintiff-Appellant,
v.
VIRGINIA PAROLE BOARD; Clarence Jackson, JR., Chairman,
Defendants-Appellees.
 No. 92-6364.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: June 1, 1992
Decided: June 12, 1992
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, District Judge. (CA-92-102-2)
 Robert Crisp, Appellant Pro Se.
 E.D.Va.
 AFFIRMED.
 Before PHILLIPS, WILKINSON, and LUTTIG, Circuit Judges.
 OPINION
 PER CURIAM:
 
 
 1
 Robert Crisp appeals from the district court's order denying his motion for a preliminary injunction. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Crisp v. Virginia Parole Board, No. CA-92-102-2 (E.D. Va. Apr. 2, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED